UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEX J. ALVARADO,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 20-cv-11717
Hon. Matthew F. Leitman

_____/

## ORDER (1) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 8) AND (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 9)

In this action, Plaintiff Alex J. Alvarado challenges the denial of his applications for disability insurance benefits and supplemental security income under the Social Security Act. (*See* Compl., ECF No. 1.) Alvarado and Defendant Commissioner of Social Security have now filed cross-motions for summary judgment. (*See* Mots., ECF Nos. 8, 9.)

On February 18, 2021, the assigned Magistrate Judge issued a Report and Recommendation in which she recommended that the Court deny Bauer's motion and grant the Commissioner's motion (the "R&R"). (*See* R&R, ECF No. 11.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted

1

to seek review of her recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.*, PageID.1689-1690.)

Alvarado has not filed any objections to the R&R. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). In addition, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Alvarado has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to grant the Commissioner's Motion for Summary Judgment and deny Alvarado's Motion for Summary Judgment is **ADOPTED**.

**IT IS FURTHER ORDERED** that (1) Alvarado's Motion for Summary Judgment (ECF No. 8) is **DENIED** and (2) the Commissioner's Motion for Summary Judgment (ECF No. 9) is **GRANTED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 13, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 13, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
