UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEX J. ALVARADO,

    Plaintiff,                                    Case No. 20-cv-11717
                                           Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## **JUDGMENT**

For the reasons stated in the order issued on this date, it is **ORDERED** and

**ADJUDGED** that Plaintiff's Motion for Summary Judgment is **DENIED** and

Defendant's Motion for Summary Judgment is **GRANTED**.

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  April 13, 2021

I hereby certify that a copy of the foregoing document was served upon the
parties and/or counsel of record on April 13, 2021, by electronic means and/or
ordinary mail.

                                    s/Holly A. Monda
                                    Case Manager
                                    (810) 341-9764